IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01708-MSK-CBS

MIRIAM BENDIG,

       Plaintiff,

v.

INNOVATIVE ACCOUNTS MANAGEMENT, INC., a Georgia corporation, and
IAM RECOVERY, LLC, a Georgia limited liability company,

       Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

    IT IS ORDERED that, within 30 days after judgment is entered, counsel for the parties shall obtain from the Court any exhibits and depositions used during this case. Counsel shall retain same for 60 days beyond the later of the time to appeal or conclusion of all appellate proceedings. Failure to retrieve the exhibits and depositions in this matter in conformance with this Order may result in their destruction.

    Dated this 8th day of September, 2006.

                                 **BY THE COURT:**

                               *Marcia S. Krieger*
                               _____

                               Marcia S. Krieger
                               United States District Judge